SEALED

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

CLAY S. REHRIG
Special Assistant United States Attorney
Illinois State Bar No. 6302823
GLENN B. McCORMICK
Assistant United States Attorney
Arizona State Bar No. 013328
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: clay.rehrig@usdoj.gov
Email: glenn.mccormick@usdoj.gov
Attorneys for Plaintiff

X FILED ____ LODGED
____ RECEIVED ____ COPY
AUG 0 4 2026
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

Plaintiff,

vs.

Derek Lamont King,

Defendant.

No. CR-26-00905-PHX-JJT (MTM)

**MOTION TO SEAL INDICTMENT**

**(Filed Under Seal)**

The United States of America, by and through counsel undersigned and pursuant to Fed.R.Crim.P. 6(e)(4), moves this Court for an Order sealing the Indictment and this motion and order filed in this matter until the arrest of the defendant(s).

It is not expected that excludable delay under 18 U.S.C. § 3161 will occur as a result of this motion or an order based thereon.

Respectfully submitted this 4th day of August, 2026.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

s/ *Clay Rehrig*
CLAY REHRIG
Special Assistant U.S. Attorney
GLENN B. McCORMICK
Assistant United States Attorney