SEALED

✓ FILED ___ LODGED
___ RECEIVED ___ COPY

AUG 0 4 2026

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

United States of America,

Plaintiff,

v.

Derek Lamont King,

Defendant.

No. CR-26-00905-PHX-JJT (MTM)

**ORDER TO SEAL INDICTMENT**

**(Filed Under Seal)**

Based upon the United States of America's Motion to Seal pursuant to Fed.R.Crim.P. 6(e)(4), and good cause appearing;

**IT IS ORDERED** that the Indictment filed in this matter, the Motion to Seal and this order be filed under seal, to be unsealed upon the arrest of the defendant.

DATED this 4 day of August.

[signature]

HONORABLE DEBORAH M. FINE
UNITED STATES MAGISTRATE JUDGE

cc: None