SEALED

X FILED ___ LODGED
___ RECEIVED ___ COPY

AUG 0 4 2026

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

CLAY S. REHRIG
Special Assistant United States Attorney
Illinois State Bar No. 6302823
GLENN B. McCORMICK
Assistant United States Attorney
Arizona State Bar No. 013328
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Clay.Rehrig@usdoj.gov
Email: Glenn.McCormick@usdoj.gov
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>v.<br>Derek Lamont King,<br>Defendant. | No. CR-26-00905-PHX-JJT (MTM)<br>**INDICTMENT**<br>VIO: 47 U.S.C. § 223(a)(1)(D) (Repeated Harassing Telephone Calls) Count 1<br>47 U.S.C. § 223(a)(1)(E) (Repeated Harassing Communications) Count 2<br>18 U.S.C. §§ 2261A(2) and 2261(b) (Cyberstalking) Counts 3 - 4 |

THE GRAND JURY CHARGES:

**COUNT 1**

Beginning on or about May 18, 2024, and continuing through on or about May 2, 2026, in the District of Arizona, the defendant, DEREK LAMONT KING, in interstate or

foreign communications, made or caused the telephone of Victim-Company to repeatedly or continuously ring, with the intent to harass a person at the called number.

In violation of Title 47, United States Code, Section 223(a)(1)(D).

**COUNT 2**

Beginning on or about May 18, 2024, and continuing through on or about May 2, 2026, in the District of Arizona, the defendant, DEREK LAMONT KING, in interstate or foreign communications, made repeated telephone calls and repeatedly initiated communication with a telecommunications device of Victim-Company, during which conversation and communication ensued, solely to harass a person at the called number and the person who received the communication.

In violation of Title 47, United States Code, Section 223(a)(1)(E).

**COUNT 3**

Beginning on or about February 1, 2024, and continuing though on or about November 30, 2024, in the District of Arizona, the defendant, DEREK LAMONT KING, with the intent to harass and intimidate another person, Victim-Person-1, used an interactive computer service and electronic communications service and electronic communication system of interstate commerce, and any other facility of interstate and foreign commerce, to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to that person.

In violation of Title 18, United States Code, Sections 2261A(2) and 2261(b).

**COUNT 4**

Beginning on or about February 1, 2024, and continuing through on or about November 30, 2024, in the District of Arizona, the defendant, DEREK LAMONT KING, with the intent to harass and intimidate another person, Victim-Person-2, used an interactive computer service and electronic communications service and electronic communication system of interstate commerce, and any other facility of interstate and

foreign commerce, to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to that person.

In violation of Title 18, United States Code, Sections 2261A(2) and 2261(b).

A TRUE BILL

/s/

FOREPERSON OF THE GRAND JURY
Date: August 4, 2026

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

/s/

CLAY S. REHRIG
Special Assistant United States Attorney
GLENN B. McCORMICK
Assistant United States Attorney