**GRAND CANYON LAW GROUP LLC**
Joseph D. Tobler (035228)
76 East Mitchell Drive
Phoenix, Arizona 85012-2330
Telephone: 480.400.5555
Facsimile: 888.507.3031
courts@grandcanyon.law
*Attorneys for Defendant*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEREK LAMONT KING.,<br><br>Defendant. | Case No: 2:26-cr-00905-JJT-1<br><br>**SUBSTITUTION OF COUNSEL OF RECORD WITH CONSENT** |

Pursuant to Local Rule 83.3(b)(2), LRCiv, and Local Rule 57.14, LRCrim, Rules of Practice, Defendant moves for substitution of counsel, Derek Lamont King, as attorney of record for Defendant in the place and stead of Jeanette Elizabeth Alvarado of Federal Public Defender's Office.

Substituting attorney Joseph D. Tobler and the Grand Canyon Law Group. Mr. Tobler and Defendant have been notified of the status of the case, including dates and times of any court hearings or deadlines. Client consents to the substation and to representation by phone.

It is expected that excludable delay under Title 18 USC Sec. 3161 (b) will occur as a result of this Motion.

. . .

. . .

. . .

RESPECTFULLY SUBMITTED this 25th day of August 2026

By: */s/ Joseph D. Tobler*
Joseph D. Tobler
GRAND CANYON LAW GROUP
*Substituting Counsel*

**CERTIFICATE OF SERVICE:**

I hereby certify that on August 25, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

The Honorable John J. Tuchi *U.S. District Judge Assigned*

Clay S Rehrig, *Attorney for Plaintiff*

*clay.rehrig@usdoj.gov*

Glenn B. McCormick, *Attorney for Plaintiff*

*glenn.mccormick@usdoj.gov*

Jeanette Elizabeth Alvarado, *Previous Attorney for Defendant*

Jeanette_Alvarado@fd.org

By: */s/ Danelly Aleman*