**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

United States of America,

Plaintiff,

v.

Derek Lamont King,

Defendant.

No. CR-26-00905-PHX-JJT

**ORDER**

Upon Defendant's Substitution of Counsel of Record With Consent (Doc. 13);

**IT IS HEREBY ORDERED** granting Defendant's Substitution of Counsel of Record With Consent (Doc. 13).

**IT IS FURTHER ORDERED** withdrawing AFPD Jeanette Alvarado, as counsel of record in the above-entitled action.

**IT IS FURTHER ORDERED** substituting retained attorney Joseph Tobler, as counsel of record for Defendant in the above-entitled action, effective immediately.

Dated this 25th day of August, 2026.

Honorable John J. Tuchi
United States District Judge