**GRAND CANYON LAW GROUP LLC**
Joseph D. Tobler (035228)
76 East Mitchell Drive
Phoenix, Arizona 85012-2330
Telephone: 480.400.5555
Facsimile: 888.507.3031
courts@grandcanyon.law
*Attorneys for Defendant*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEREK LAMONT KING.,<br><br>Defendant. | Case No: 2:26-cr-00905-JJT-1<br><br>**MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS DEADLINE**<br><br>*First Request, Out of Custody* |

Defendant, Derek Lamont King, by and through undersigned counsel, hereby moves this Honorable Court to continue the deadline for pretrial motions and trial date no less than ninety (90) days in this matter and states the following:

1. Trial is currently set for October 6, 2026. Pretrial motions deadline is September 12, 2026.
2. Additional time is required to complete mitigation investigations in support of ongoing plea discussions.
3. As such, Defense needs additional time to prepare. See Title 18 U.S.C. (h)(7)(B)(iv).
4. The Government does not object to this continuance.
5. Defense is requesting a 90-day continuance.

Excludable delay under 18 U.S.C. 3161(h)(7)(A) and (B)(i) and (iv) will occur as a result of this motion or of an order based thereon.

RESPECTFULLY SUBMITTED this 11th day of September 2026

By: */s/ Joseph D. Tobler*
Joseph D. Tobler
GRAND CANYON LAW GROUP

**CERTIFICATE OF SERVICE:**

I hereby certify that on September 11, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

The Honorable John J. Tuchi *U.S. District Judge Assigned*

Clay S Rehrig, *Attorney for Plaintiff*

*clay.rehrig@usdoj.gov*

Glenn B. McCormick, *Attorney for Plaintiff*

*glenn.mccormick@usdoj.gov*

By: */s/ Danelly Aleman*