**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

DEREK LAMONT KING.,

Defendant.

Case No: 2:26-cr-00905-JJT-1

**ORDER**

Upon motion of the Defendant, no objection from the Government, and good cause appearing,

IT IS HEREBY ORDERED continuing the pretrial motions deadline in this case from September 12 2026, to _________________________, 2026,

IT IS FURTHER ORDERED continuing the trial date in this case from October 6,2026, to _________________________, 2026, at _______________ in ________________.

This court specifically finds that the ends of justice served by taking this action outweigh the best interest of the public and the defendants in a speedy trial. This finding is based on the court's conclusion that the failure to grant such a continuance would unreasonably deny the defendant continuity of counsel and would deny the attorney for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(i) and (iv).

IT IS FURTHER ORDERED that any subpoenas previously issued and served in this matter remain in effect and are answerable at the new trial date and the party who served the subpoena should advise the witnesses of the new trial date.

The Court finds excludable delay under 18 U.S.C. § 3161(h) _____ from _____to _____.

Dated this ________day of ______________________, 2026.

By:______________________________
The Honorable John J Tuchi
United States District Court